USCA1 Opinion

 

 November 15, 1995 [NOT FOR PUBLICATION] NOT FOR PUBLICATION UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 95-1367 MICHAEL E. FERRIS, ET AL., Plaintiffs, Appellants, v. FEDERAL HOME LOAN MORTGAGE CORPORATION, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Morris E. Lasker, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Circuit Judge, _____________ Aldrich, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ ____________________ Thomas J. Gleason on brief for appellant. _________________ Harvey M. Forman, Forman & Forman, and Robert O. Berger, III ________________ _______________ _____________________ on joint brief for appellees. ____________________ ____________________ Per Curiam. The plaintiffs, disappointed by the Per Curiam. ___________ district court's findings of fact and conclusions of law following a bench trial, see Ferris v. Federal Home Loan Mortgage ___ ______ __________________________ Corp., No. 94-10470, slip op. (D. Mass. Mar. 7, 1995), appeal _____ from the ensuing judgment. The standard of review, though not insurmountable, is daunting. See Cumpiano v. Banco Santander ___ ________ _______________ P.R., 902 F.2d 148, 152 (1st Cir. 1990) (describing high degree ____ of deference that must "be paid to the trier's assessment of the evidence" in a jury-waived trial); Reliance Steel Prods. Co. v. __________________________ National Fire Ins. Co., 880 F.2d 575, 576-77 (1st Cir. 1989) ________________________ (similar); see also Fed. R. Civ. P. 52(a). This standard makes ___ ____ it clear that an appellate tribunal "ought not to upset findings of fact or conclusions drawn therefrom unless, on the whole of the record, [the judges] form a strong, unyielding belief that a mistake has been made." Cumpiano, 902 F.2d at 152. In other ________ words, as long as the district court's rendition of the record is plausible, our inquiry is at an end. So it is here. We have carefully reviewed the trial transcript, the record on appeal, and the parties' briefs. We discern no error, and, given the standard of review, we perceive no fairly debatable issues demanding extended appellate scrutiny. Accordingly, we affirm the district court's judgment for substantially the reasons elucidated in the thorough, well- reasoned opinion below. We need go no further. The judgment of the district court is summarily affirmed. See 1st Cir. R. 27.1. ___ 2 Affirmed. Affirmed ________ 3